IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Houston, Nina L | Case Number: 05 B 38780 |
| | Judge: Squires, John H |
| Printed: 1/22/08 | Filed: 9/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 12, 2007
Confirmed: November 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,019.40 | |
| Secured: | | 5,541.25 |
| Unsecured: | | 0.00 |
| Priority: | | 812.57 |
| Administrative: | | 2,194.00 |
| Trustee Fee: | | 471.58 |
| Other Funds: | | 0.00 |
| Totals: | 9,019.40 | 9,019.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Glenda J Gray | Administrative | 2,194.00 | 2,194.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Cavalry Portfolio Services | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 6,015.00 | 3,008.26 |
| 5. | South Shore Bank | Secured | 2,627.61 | 2,532.99 |
| 6. | Illinois Dept of Revenue | Priority | 529.19 | 329.95 |
| 7. | Internal Revenue Service | Priority | 774.04 | 482.62 |
| 8. | Internal Revenue Service | Unsecured | 102.02 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 74.05 | 0.00 |
| 10. | Nicor Gas | Unsecured | 290.02 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 11,148.92 | 0.00 |
| 12. | Capital One | Unsecured | 701.57 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 58.91 | 0.00 |
| 14. | Midland Credit Management | Unsecured | | No Claim Filed |
| 15. | New Horizons Inc. | Unsecured | | No Claim Filed |
| | | | $ 24,515.33 | $ 8,547.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 188.96 |
| 5% | 42.96 |
| 4.8% | 123.71 |
| 5.4% | 115.95 |
| | $ 471.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Houston, Nina L

Printed:  1/22/08

Case Number:  05 B 38780
Judge:  Squires, John H
Filed:  9/20/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____